# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DONTAE JASHAWN JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-2582
_____

March 13, 2024

Appeal from the Circuit Court for Hillsborough County; Samantha Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Andrea Flynn Mogensen, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Samuel R. Mandelbaum, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.


CASANUEVA, LaROSE, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.